IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 3:10CR250 |
| | ) | |
| v. | ) | |
| | ) | **ORDER OF DISMISSAL** |
| DEREK ANTOINE JOHNSON | ) | |

For good cause shown in the United States' Motion to Dismiss the Bill of Indictment, the Court hereby grants the dismissal of the Bill of Indictment in Docket No. 3:10CR250 without prejudice.

_____
Frank D. Whitney
Chief United States District Judge